# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ILEANA MOSCHOS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:11cv403 |
| | ) | |
| vs. | ) | |
| | ) | ORDER AMENDING |
| CREIGHTON UNIVERSITY, | ) | TRIAL DATE |
| | ) | |
| Defendant. | ) | |

This case is before the court to reschedule the trial date. Therefore,

**IT IS ORDERED:**

1. The jury trial in this matter is set for the week of **January 21, 2014, at 8:30 A.M.,** before the Honorable Chief Judge Laurie Smith Camp, in Courtroom 2, 3rd Floor of the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The pretrial conference is set for **Monday, December 30, 2013, at 9:30 A.M.,** in chambers, before Magistrate Judge F.A. Gossett.

Dated this 16th day of May 2013.

        BY THE COURT:

        s/ F.A. Gossett, III
        United States Magistrate Judge